FILED
CLERK, U.S. DISTRICT COURT

08/13/21

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )     Case No.: 5:21-MJ-00525-DUTY
                                   )
                    Plaintiff,     )     ORDER OF DETENTION PENDING
                                   )     FURTHER REVOCATION
         v.                        )     PROCEEDINGS
TERECITA MORALES,                  )     (FED. R. CRIM. P. 32.1(a)(6); 18
                                   )     U.S.C. § 3143(a)(1))
                                   )
                    Defendant.     )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Southern</u> District of <u>California</u> for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

(X)  information in the Pretrial Services Report and Recommendation

(X)  information in the violation petition and report(s)

(  )  the defendant's nonobjection to detention at this time

(X)  other: allegation of absconding and 3 prior violations due to

1

1                absconding from supervision; substance abuse; failure to appear at

2                scheduled status conference

3        and/ or

4    B. ( ) The defendant has not met his/her burden of establishing by clear and

5        convincing evidence that he/she is not likely to pose a danger to the safety of

6        any other person or the community if released under 18 U.S.C. § 3142(b) or

7        (c).  This finding is based on the following:

8              ( )    information in the Pretrial Services Report and Recommendation

9              ( )    information in the violation petition and report(s)

10            ( )    the defendant's nonobjection to detention at this time

11            ( )    other: criminal history; substance abuse; active restraining order

12

13    IT THEREFORE IS ORDERED that the defendant be detained pending the further

14    revocation proceedings.

15

16    Dated: August 13, 2021

17                                   KENLY KIYA KATO

                                     United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28